# EXHIBIT B

# EXHIBIT B

# CLAIM CHART

U.S. Patent No. 11,163,858 B2 and Guardsquare App Attestation

*Approov Ltd. v. Guardsquare NV, Guardsquare Inc. and Guardsquare GmbH*

Asserted claims: 1, 5, 6 and 10 (method); 18, 19 and 20 (system).

Priority date May 12, 2015. Guardsquare sources captured as of the dates cited; Wayback Machine capture of May 22, 2025 on file.

## Part 1 — Method Claims

| Claim Element | U.S. Patent No. 11,163,858 B2 | Guardsquare App Attestation (DexGuard / iXGuard / Mobile App Attestation) |
|---|---|---|
| **1 [pre]** | A computer-implemented method of enabling a server computing device to determine if a client software application executing on a client computing device has not been tampered, the method comprising the steps of: | "Add server-side validation to your mobile app protection strategy. Perform attestation checks as an integral part of your server backend. These server-side security controls strengthen overall protection by complementing attestation with the client-side obfuscation and RASP measures you've implemented."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **1[a]** | software executing on the server computing device, the software communicating either directly or indirectly with an attestation server; | "The app attestation flow works like this: your APIs will receive incoming requests from your application with attestation tokens. Guardsquare will issue tokens for the requesting applications based on security policies you define. The tokens will enable your service to either grant access to your APIs or reject the application for not fulfilling certain requirements."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **1[b]** | the client software application running on the client computing device, the client software application communicating with the same said attestation server; | "First, the application collects the necessary data to make a conclusion regarding the security of an application. Then, that information is sent to the attesting third party. An example service is Guardsquare's mobile app attestation capability."<br>*Source: Guardsquare, "Protect APIs from Automated Bot Attacks."* |
| **1[c]** | the client software application calculating a cryptographic hash fingerprint of its executing code image, wherein the cryptographic hash fingerprint is communicated to the attestation server to prove that the client software application is untampered; | "A simple explanation of how code checksumming works is: Calculate the checksum, or hash, of the compiled piece of code whose integrity you want to verify; Store the hash in the app package so it is available at runtime; At runtime, the checksum is automatically recalculated when it is checked for the same piece of code and compared with the expected value. Any changes to the code using binary patching will result in a different checksum."<br>*Source: Guardsquare, "Code Checksumming."* |

| Claim Element | U.S. Patent No. 11,163,858 B2 | Guardsquare App Attestation (DexGuard / iXGuard / Mobile App Attestation) |
|---|---|---|
| | | "On the mobile side we can collect certain evidence of how trustworthy a device is. We then take this evidence, package it together and sign it so that it is cryptographically secured so we can clearly say on the server side that it is real evidence. This package of collected evidence is then sent to a third-party service which would cryptographically sign a token based on the evaluation of policies. This token is then returned to the client which it can attach a request being made to your server."<br>*Source: Guardsquare presentation, youtube.com/watch?v=D8b0gwMIfIM.* |
| **1[d]** | the attestation server generating a pass or fail attestation result; | "The mobile app attestation service analyzes the app making the request and the environment of the device it's running on. It generates a cryptographically signed token that determines a verdict based on the app's attestation policies that the developer or security analyst can then act on."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>"Policies may include environment health, app and code integrity, malware checks, and more."<br>*Source: Guardsquare App Attestation product page and FAQ.* |
| **1[e]** | communicating the attestation result between the attestation server and the server computing device; | "A verdict, determined by the app attestation capability, is issued in a packaged payload token back to the application. The application, in turn, sends the same token to the server."<br>*Source: Guardsquare, "Protect APIs from Automated Bot Attacks."* |
| **1[f]** | controlling the behaviour of the server computing device in a way that is conditional on whether a prior attestation of the client software application was a pass or fail attestation result, | "The app attestation flow works like this: your APIs will receive incoming requests from your application with attestation tokens. Guardsquare will issue tokens for the requesting applications based on security policies you define. The tokens will enable your service to either grant access to your APIs or reject the application for not fulfilling certain requirements."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>"If any of these policies are violated, the server will issue an invalid token to prevent unauthorized app access."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **1[g]** | wherein the communication between the attestation server and the server computing device is communicated indirectly via the client computing device by use of a signed token | "A verdict, determined by the app attestation capability, is issued in a packaged payload token back to the application. The application, in turn, sends the same token to the server." |

| Claim Element | U.S. Patent No. 11,163,858 B2 | Guardsquare App Attestation (DexGuard / iXGuard / Mobile App Attestation) |
|---|---|---|
| | provided from the attestation server to the client computing device, in which: | *Source: Guardsquare, "Protect APIs from Automated Bot Attacks."*<br>"The token itself is short-lived, bound to the request payload, encrypted, and cryptographically signed. It remains hidden from the application attempting to interact with your APIs and cannot be faked by bots or custom scripts. Thanks to the cryptographic protection, it is hardened against being reused, stolen, modified, or transferred to another device."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **1[h]** | a shared secret key is known by the attestation server and the server computing device but not by the client computing device; | "We're going to determine whether it is a passed or failed verdict, and then we're gonna encrypt that token using a key pair that you've provided so it's cryptographically signed."<br>*Source: Guardsquare webinar, "Guarantee it's Your App Interacting with Your APIs," at 11:50–12:00.*<br>"The token itself is short-lived, bound to the request payload, encrypted, and cryptographically signed. It remains hidden from the application attempting to interact with your APIs and cannot be faked by bots or custom scripts. Thanks to the cryptographic protection, it is hardened against being reused, stolen, modified, or transferred to another device."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>The signing key material is provided by the customer and is therefore known to both the customer's server computing device and Guardsquare's attestation server. The token "remains hidden from the application" and "cannot be faked," establishing that the key is not held by the client computing device. |
| **1[i]** | said shared secret key being used to sign the token such that it proves that the signer is in possession of the secret key. | "We're going to determine whether it is a passed or failed verdict, and then we're gonna encrypt that token using a key pair that you've provided so it's cryptographically signed."<br>*Source: Guardsquare webinar, "Guarantee it's Your App Interacting with Your APIs," at 11:50–12:00.*<br>"We then take this evidence, package it together and sign it so that it is cryptographically secured so we can clearly say on the server side that it is real evidence."<br>*Source: Guardsquare presentation, youtube.com/watch?v=D8b0gwMIfIM.* |
| **5** | A method as recited in claim 1, wherein the server computing device terminates further communication with the client | "If any of these policies are violated, the server will issue an invalid token to prevent unauthorized app access." |

| Claim Element | U.S. Patent No. 11,163,858 B2 | Guardsquare App Attestation (DexGuard / iXGuard / Mobile App Attestation) |
|---|---|---|
| | computing device if the client computing device has failed attestation. | *Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>"All of your mobile app attestation results are aggregated in your threat dashboard, alongside real-time threat data. App attestation results include historical views and granular insights to identify exactly why a given API request failed attestation."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **6** | A method as recited in claim 1, wherein fraud can be prevented, comprising the steps: unique characteristics of the client computing device on which the client software application is executing are extracted and passed to the attestation server; the code used to extract the characteristics forms part of that attested for integrity; the attestation server can pass the collected information to the server computing device which can compare it against other information provided by the client software application; the attestation server may reject requests made by the client software application when there is inconsistency in the information from the two paths that may be indicative of fraud. | "On the mobile side we can collect certain evidence of how trustworthy a device is. We then take this evidence, package it together and sign it so that it is cryptographically secured so we can clearly say on the server side that it is real evidence. This package of collected evidence is then sent to a third-party service which would cryptographically sign a token based on the evaluation of policies. This token is then returned to the client which it can attach a request being made to your server."<br>*Source: Guardsquare presentation, youtube.com/watch?v=D8b0gwMIfIM.*<br>"The mobile app attestation service analyzes the app making the request and the environment of the device it's running on." Policy categories include "running on a rooted device or emulator" and "unexpected libraries or hooking frameworks."<br>*Source: Guardsquare App Attestation product page and FAQ.* |
| **10** | A method as recited in claim 1, wherein the server computing device refuses to provide requested services and/or data to the client computing device if the client computing device has failed attestation. | "The app attestation flow works like this: your APIs will receive incoming requests from your application with attestation tokens. Guardsquare will issue tokens for the requesting applications based on security policies you define. The tokens will enable your service to either grant access to your APIs or reject the application for not fulfilling certain requirements."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>"If any of these policies are violated, the server will issue an invalid token to prevent unauthorized app access."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |

## Part 2 — System Claims

| Claim Element | U.S. Patent No. 11,163,858 B2 — System Claims | Guardsquare App Attestation as deployed by its customers |
|---|---|---|
| **18 [pre]** | A system including a server computing device, a client computing device and an attestation server, wherein the server computing device is configured to determine if a client software application executable on the client computing device has not been tampered, wherein: | A Guardsquare deployment comprises three components: end-user mobile devices running the customer's attestation-enabled application (client computing device); Guardsquare's attestation service (attestation server); and the customer's API backend (server computing device).<br>"Add server-side validation to your mobile app protection strategy. Perform attestation checks as an integral part of your server backend. These server-side security controls strengthen overall protection by complementing attestation with the client-side obfuscation and RASP measures you've implemented."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **18[a]** | the server computing device is configured to execute software, the software executable to communicate either directly or indirectly with the attestation server; | "The app attestation flow works like this: your APIs will receive incoming requests from your application with attestation tokens. Guardsquare will issue tokens for the requesting applications based on security policies you define. The tokens will enable your service to either grant access to your APIs or reject the application for not fulfilling certain requirements."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **18[b]** | the client computing device is configured to run the client software application, the client software application executable to communicate with the same said attestation server; | "First, the application collects the necessary data to make a conclusion regarding the security of an application. Then, that information is sent to the attesting third party. An example service is Guardsquare's mobile app attestation capability."<br>*Source: Guardsquare, "Protect APIs from Automated Bot Attacks."* |
| **18[c]** | the client software application is executable to calculate a cryptographic hash fingerprint of its executing code image, wherein the client software application is executable to communicate the cryptographic hash fingerprint to the attestation server to prove that the client software application is untampered; | "A simple explanation of how code checksumming works is: Calculate the checksum, or hash, of the compiled piece of code whose integrity you want to verify; Store the hash in the app package so it is available at runtime; At runtime, the checksum is automatically recalculated when it is checked for the same piece of code and compared with the expected value. Any changes to the code using binary patching will result in a different checksum."<br>*Source: Guardsquare, "Code Checksumming."*<br>"On the mobile side we can collect certain evidence of how trustworthy a device is. We then take this evidence, package it together and sign it so that it is cryptographically secured so we can clearly say on the server side that it is real evidence. This package of collected evidence is then sent to a third-party service which would cryptographically |

| Claim Element | U.S. Patent No. 11,163,858 B2 — System Claims | Guardsquare App Attestation as deployed by its customers |
|---|---|---|
| | | sign a token based on the evaluation of policies. This token is then returned to the client which it can attach a request being made to your server."<br>*Source: Guardsquare presentation, youtube.com/watch?v=D8b0gwMIfIM.* |
| **18[d]** | the attestation server is configured to generate a pass or fail attestation result; | "The mobile app attestation service analyzes the app making the request and the environment of the device it's running on. It generates a cryptographically signed token that determines a verdict based on the app's attestation policies that the developer or security analyst can then act on."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **18[e]** | the attestation server is configured to communicate the attestation result between the attestation server and the server computing device; | "A verdict, determined by the app attestation capability, is issued in a packaged payload token back to the application. The application, in turn, sends the same token to the server."<br>*Source: Guardsquare, "Protect APIs from Automated Bot Attacks."* |
| **18[f]** | the server computing device is configured to control the behaviour of the server computing device in a way that is conditional on whether a prior attestation of the client software application was a pass or fail attestation result, | "The app attestation flow works like this: your APIs will receive incoming requests from your application with attestation tokens. Guardsquare will issue tokens for the requesting applications based on security policies you define. The tokens will enable your service to either grant access to your APIs or reject the application for not fulfilling certain requirements."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).*<br>"If any of these policies are violated, the server will issue an invalid token to prevent unauthorized app access."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **18[g]** | wherein the system is configured to communicate between the attestation server and the server computing device indirectly via the client computing device by use of a signed token provided from the attestation server to the client computing device, in which: | "A verdict, determined by the app attestation capability, is issued in a packaged payload token back to the application. The application, in turn, sends the same token to the server."<br>*Source: Guardsquare, "Protect APIs from Automated Bot Attacks."*<br>"The token itself is short-lived, bound to the request payload, encrypted, and cryptographically signed. It remains hidden from the application attempting to interact with your APIs and cannot be faked by bots or custom scripts. Thanks to the cryptographic protection, it is hardened against being reused, stolen, modified, or transferred to another device." |

| Claim Element | U.S. Patent No. 11,163,858 B2 — System Claims | Guardsquare App Attestation as deployed by its customers |
|---|---|---|
| | | *Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **18[h]** | a shared secret key is known by the attestation server and the server computing device but not by the client computing device; | "We're going to determine whether it is a passed or failed verdict, and then we're gonna encrypt that token using a key pair that you've provided so it's cryptographically signed."<br>*Source: Guardsquare webinar, "Guarantee it's Your App Interacting with Your APIs," at 11:50–12:00.* |
| **18[i]** | the attestation server is configured to sign the token using said shared secret key such that it proves that the signer is in possession of the secret key. | "We're going to determine whether it is a passed or failed verdict, and then we're gonna encrypt that token using a key pair that you've provided so it's cryptographically signed."<br>*Source: Guardsquare webinar, "Guarantee it's Your App Interacting with Your APIs," at 11:50–12:00.* |
| **19** | The system of claim 18, wherein the attestation server is configured to cryptographically sign the token with the inclusion of the shared secret key value known to the server computing device and to the attestation server but not known to the client computing device. | "We're going to determine whether it is a passed or failed verdict, and then we're gonna encrypt that token using a key pair that you've provided so it's cryptographically signed."<br>*Source: Guardsquare webinar, "Guarantee it's Your App Interacting with Your APIs," at 11:50–12:00.*<br>"The token itself is short-lived, bound to the request payload, encrypted, and cryptographically signed. It remains hidden from the application attempting to interact with your APIs and cannot be faked by bots or custom scripts. Thanks to the cryptographic protection, it is hardened against being reused, stolen, modified, or transferred to another device."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |
| **20** | The system of claim 19, wherein the token includes an expiration time and unique information about the client computing device. | "This token is short-lived, encrypted, and cannot be reused or spoofed." "The token itself is short-lived, bound to the request payload … hardened against being reused, stolen, modified, or transferred to another device."<br>*Source: Guardsquare, "Raise the Bar on Mobile App Security with App Attestation" (May 6, 2025).* |