**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| APPROOV LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GUARDSQUARE NV, GUARDSQUARE INC., AND GUARDSQUARE GmbH,<br><br>Defendants. | Civil Action No. 1:26-cv-13924-AK |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Guardsquare NV, Guardsquare Inc., and Guardsquare GmbH (collectively "Defendants") respectfully move to dismiss Plaintiff Approov Ltd.'s ("Approov" or "Plaintiff") Complaint for failure to state a claim. For these reasons set forth in the accompanying Memorandum, and all exhibits attached thereto, the Court should grant the Motion to Dismiss Approov's lawsuit for failure to state a claim.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully submit that oral argument may assist the Court in determining whether to grant this Motion and accordingly request the opportunity to present this Court with oral argument regarding the same.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Orion Armon*

Orion Armon (CO 34923)
*(Admitted pro hac vice)*
oarmon@cooley.com
Eamonn Gardner (CO 38088)
*(Admitted pro hac vice)*
egardner@cooley.com
COOLEY LLP
1144 15th Street
Suite 2300
Denver, CO 80202-2686
Telephone: +1 720 566 4000
Facsimile: +1 720 566 4099

Dane R. Voris (BBO 704263)
dvoris@cooley.com
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: +1 617 937 2300
Facsimile: +1 617 937 2400

*Attorneys for Defendants Guardsquare NV, Guardsquare Inc., and Guardsquare GmbH*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned counsel certifies that pursuant to Local Rule 7.1(a)(2), counsel for Defendants has conferred in good faith with the counsel for Plaintiff in this case before filing this Motion in an attempt to resolve or narrow the issues, but were unsuccessful.

*/s/ Orion Armon*
Orion Armon

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on October 22, 2026, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic filing and paper copies will be sent to any non-registered participants.

*/s/ Orion Armon*
Orion Armon